# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR107 |
| vs. | ) | ORDER |
| MICHAEL HUYCK, | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Michael Huyck's (Huyck) motion for an extension of time to file discovery motions (Filing No. 123). The motion will be granted to the extent Huyck may file additional discovery or pretrial motions **based** on discovery materials supplied to him **after** November 1, 2013. Any such motions shall be filed within ten workings days of the delivery of such discovery material to Huyck.

**IT IS SO ORDERED.**

DATED this 4th day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge